PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FLAMBURIS, MICHAEL | § | Case No. 13-01237 |
| FLAMBURIS, MARIA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The case was converted to one under Chapter 7 on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

6/7/2016

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-01237 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FLAMBURIS, MICHAEL | | | Date Filed (f) or Converted (c): | 02/08/13 (c) |
| | FLAMBURIS, MARIA | | | 341(a) Meeting Date: | 03/06/13 |
| For Period Ending: | 01/23/14 | | | Claims Bar Date: | 09/12/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOUSE @ 112 FOREST EDGE DR., PALOS P | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCT. 461054007 @ STANDARD BANK & TRUST | 60.00 | 0.00 | | 0.00 | FA |
| 3. GENERAL HOUSEHOLD GOODS, PERSONAL RESIDENCE FURNIT | 2,000.00 | 18,000.00 | | 18,000.00 | FA |
| 4. GENERAL CLOTHING, AND WEARING APPAREL OF THE HUSBA | 500.00 | 0.00 | | 0.00 | FA |
| 5. VILLAGE OF ORLAND PARK POLICEMAN'S PENSION | 100,000.00 | 0.00 | | 0.00 | FA |
| 6. 2012 U.S FEDERAL AND STATE TAX REFUND | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. 2006 LAND ROVER | 2,400.00 | 0.00 | | 0.00 | FA |
| 8. FAMILY DOG | 50.00 | 0.00 | | 0.00 | FA |
| 9. BANK ACCOUNTS (u) | 0.00 | 0.00 | | 0.00 | FA |
| Debtor claimed account was mother's; his name is on account. | | | | | |
| 10. TRAILER (u) | 0.00 | 2,900.00 | | 2,900.00 | FA |
| 11. Transfers and Undisclosed Assets - Settlement (u) | 0.00 | 32,000.00 | | 32,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,307,010.00 | $52,900.00 | | $52,900.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/14     Current Projected Date of Final Report (TFR): 06/01/14

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                    Ver: 17.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-01237 PSH | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | FLAMBURIS, MICHAEL | Bank Name: | Congressional Bank |
|  | FLAMBURIS, MARIA | Account Number / CD #: | *******1278 Congressional Checking Account |
| Taxpayer ID No: | *******8916 |  |  |
| For Period Ending: | 01/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  | 0.00 |
| 07/17/13 | 11 | Frances Tsamis | 1/2 Settlement with Debtor | 25,000.00 |  | 25,000.00 |
| 07/24/13 | 3, 11 | Vicky Barnes |  | 25,000.00 |  | 50,000.00 |
|  | 9 | VICKY BARNES | Memo Amount: 20,000.00 |  |  |  |
|  |  |  | Chase Cashier's Check |  |  |  |
|  | 9 | VICKY BARNES | Memo Amount: 5,000.00 |  |  |  |
|  |  |  | Fifth Third Cashier's Check |  |  |  |
| 07/25/13 | 10 | Rebecca and Michael Rivich |  | 2,900.00 |  | 52,900.00 |
| 08/05/13 |  | Congressional Bank | Bank Charges |  | 18.58 | 52,881.42 |
| 09/11/13 |  | Congressional Bank | Bank Charges |  | 56.14 | 52,825.28 |
| 10/03/13 |  | Congressional Bank | Bank Charges |  | 54.29 | 52,770.99 |
| 11/05/13 |  | Congressional Bank | Bank Charges |  | 56.03 | 52,714.96 |
| 12/05/13 |  | Congressional Bank | Bank Charges |  | 54.17 | 52,660.79 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 25,000.00 |  | COLUMN TOTALS | 52,900.00 | 239.21 | 52,660.79 |
| Memo Allocation Disbursements: | 0.00 |  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  |  | Subtotal | 52,900.00 | 239.21 |  |
| Memo Allocation Net: | 25,000.00 |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 52,900.00 | 239.21 |  |
|  |  |  |  |  | NET | ACCOUNT |
| Total Allocation Receipts: | 25,000.00 |  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 |  | Congressional Checking Account - *******1278 | 52,900.00 | 239.21 | 52,660.79 |
|  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 25,000.00 |  |  | 52,900.00 | 239.21 | 52,660.79 |
|  |  |  |  | ============ | ============ | ============ |
|  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  52,900.00  239.21

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-01237   PSH | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | FLAMBURIS, MICHAEL | | Bank Name: | Congressional Bank |
| | FLAMBURIS, MARIA | | Account Number / CD #: | *******1278  Congressional Checking Account |
| Taxpayer ID No: | *******8916 | | | |
| For Period Ending: | 01/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 23, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-01237  
Debtor Name: FLAMBURIS, MICHAEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $11,196.10 | $0.00 | $11,196.10 |
| 000005A<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $2,373.19 | $0.00 | $2,373.19 |
| 000005B<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $13,487.91 | $0.00 | $13,487.91 |
| 000006<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $459.48 | $0.00 | $459.48 |
| 000008A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $32,329.93 | $0.00 | $32,329.93 |
| 000009A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $2,739.19 | $0.00 | $2,739.19 |
| 000001<br>070<br>7100-00 | Asset Acceptance LLC<br>assignee CITIBANK WORLD MASTERCARD<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $34,733.74 | $0.00 | $34,733.74 |
| 000002<br>070<br>7100-00 | Asset Acceptance LLC<br>assignee CHASE BANK USA NA HERITAGE FIRST USA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $8,140.48 | $0.00 | $8,140.48 |
| 000003<br>070<br>7100-00 | American Import Tiles<br>7000 Wheeler Dr.<br>Orland Park, IL 60462 | Unsecured | | $2,288.45 | $0.00 | $2,288.45 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,115.41 | $0.00 | $1,115.41 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 23, 2014 |

Case Number:  13-01237  
Debtor Name:  FLAMBURIS, MICHAEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Shadow Ridge Homeowners Association<br>c/o Schrank & Associates<br>PO Box 186<br>Orland Park, IL 60462 | Unsecured | | $16,687.31 | $0.00 | $16,687.31 |
| 000010<br>070<br>7100-00 | Dr Thomas C Sonneveld, DDS, MS<br>9641 W 153rd Street<br>Ste 50<br>Orland Park, IL 60462 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000011<br>070<br>7100-00 | Asset Acceptance LLC assignee<br>GEMB/HOME DESIGN<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $3,795.41 | $0.00 | $3,795.41 |
| 000012<br>070<br>7100-00 | First Merit Bank<br>sucr to George Washington Savings Bk<br>% Rock, Fusco, & Connelly Attys<br>321 N. Clark St, Suite 2200<br>Chicago, IL 60654 | Unsecured | | $1,351,065.75 | $0.00 | $1,351,065.75 |
| | Case Totals: | | | $1,480,412.35 | $0.00 | $1,480,412.35 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-01237
Case Name: FLAMBURIS, MICHAEL
FLAMBURIS, MARIA
Trustee Name: PHILIP V. MARTINO

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Illinois Department of Employment Security | $ | $ | $ |
| 000005B | Illinois Department of Employment Security | $ | $ | $ |
| 000006 | Illinois Department of Employment Security | $ | $ | $ |
| 000008A | Illinois Department of Revenue | $ | $ | $ |
| 000009A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors       $_____

Remaining Balance       $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC | $ | $ | $ |
| 000002 | Asset Acceptance LLC | $ | $ | $ |
| 000003 | American Import Tiles | $ | $ | $ |
| 000004 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000007 | Shadow Ridge Homeowners Association | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Asset Acceptance LLC assignee GEMB/HOME DESIGN | $ | $ | $ |
| 000012 | First Merit Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE