UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| **MICHAEL AND MARIA FLAMBURIS,** | ) | Case No. 13-01237 |
| | ) | |
| **Debtors.** | ) | Honorable Pamela S. Hollis |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF MICHAEL AND MARIA FLAMBURIS**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $11,077.50 for 28.9 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) and actual and necessary costs in the amount of $118.60 from July 23, 2013, retroactive to June 5, 2013, to the present.

In support of this Final Application, Trustee states as follows:

**I. COMMENCEMENT OF PROCEEDING**

1.   On January 12, 2013, Debtors filed a chapter 13 petition to initiate the above-captioned bankruptcy case.

2.   On February 8, 2013, the Debtors voluntarily converted to a chapter 7 bankruptcy and Philip V. Martino was appointed Trustee.

3.   The Debtors did not disclose any gifts, transfers of property, or payments made to creditors within the two year period preceding the Petition Date on their original statement of financial affairs.

4.   The 341 meeting was first scheduled for March 6, 2013, at which time Debtors did not appear.

5. The 341 meeting was continued to April 3, 2013. Based on information provided by the Debtors to Trustee during the 341 meeting, Trustee requested that the Debtors file an amended statement of financial affairs and amended schedules. Trustee continued the meeting to June 5, 2013.

6. On May 13, 2013, the Debtors filed amended schedules A, B, C, F, G, I and J, as well as an amended statement of financial affairs.

7. On May 21, 2013, the Debtors filed their second amended schedules B, C, and G (the "**Second Amended Schedules**"), and a second amended statement of financial affairs (the "**Second Amended SOFA**").

8. On June 2, 2013, Debtors' attorney, Arthur D. Wellman, filed his motion to withdraw as Debtors' attorney.

9. On June 5, Trustee received an email from Steve Jakubowski, stating that he would be Debtors' new attorney. Therein, Mr. Jakubowski requested additional time to review the Debtors' bankruptcy file before the Trustee conducted the 341 meeting of creditors.

10. On June 5, 2013, Trustee continued the 341 meeting of creditors to July 10, 2013.

11. On July 8, 2013, Debtors filed their Third Amended Schedules (the "**Third Amended Schedules**" and together with the Second Amended Schedules the "**Amended Schedules**") and Third Amended Statement of Financial Affairs (the "**Third Amended SOFA**" and together with the Second Amended SOFA, the "**Amended SOFA**").

12. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

2

**NATURE OF LEGAL SERVICES PERFORMED BY**
**QUARLES & BRADY LLP**

13. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on July 23, 2013, retroactive to June 5, 2013. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

14. Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel, and began to prepare this motion for fees and costs. In connection with the foregoing, Q&B expended 3.8 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,925.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 2.5 |
| Sarah K. Baker | .8 |
| Colleen A. Greer | .5 |

### B. CLAIMS

15. Q&B sent letters to three claimants on Debtors' Claims Docket. One filed by the Illinois Department of Employment Security ("**IDES**"), one by Saxon Mortgage on behalf of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan ("**Saxon**") and one by Dr. Thomas C. Sonneveld, DDS, MS ("**Sonneveld**"). None of the claimants responded to Trustee's letters, causing Trustee to have Q&B prepare objections to the claims. Q&B filed Trustee's objections to the Saxon and Sonneveld claims resulting in Sonneveld withdrawing his $3,100.00 claim and Saxon's $347,298.91 secured claim being reclassified as unsecured. The cost of fighting the secured portion of the IDES claim ($2,373.19) outweighed the benefit to the estate. In connection with these matters, Q&B expended 5.4 hours

3

for which it requests compensation of $2,201.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Sarah K. Baker | 4.1 |
| Debra A. Millinowisch | .3 |

### C. ASSETS

16.     Per Debtors' Amended Schedules, Debtors owned various household goods and furnishings with an aggregate value of approximately $23,000.00. In addition, Debtors' Amended Schedules and Amended SOFA include references to (i) additional assets owned by Debtors, and (ii) pre-petition transfers of money or property that Debtors did not disclose in their original schedules and statement of financial affairs.

17.     In the aggregate, Debtors appeared to have transferred about $40,707.00 to Alexandra Flamburis ("**AFlamburis**"), the mother of Debtor Michael Flamburis, in the two year period preceding the Petition Date to enable AFlamburis to purchase several vehicles. During the 341 meeting, Debtors asserted that all of the various vehicles were owned by AFlamburis and were not property of the estate. Per the Amended SOFA, Debtors acknowledged that AFlamburis orally leased the various vehicles to Debtors for the equivalent of the monthly payment due on each vehicle.

18.     Q&B prepared the (a) Motion of Chapter 7 Trustee for Order Authorizing the Sale of 2013 Team Spirit Trailer to Rivich Auction for $2,900.00, and (b) Motion of Chapter 7 Trustee for Order Approving (i) Settlement with Debtors, (ii) Sale of Certain Personal Property to Debtors, and (iii) Shortened Notice (the "**Settlement Motion**"). Pursuant to the Settlement Motion, AFlamburis paid Trustee $32,000.00 in satisfaction of the alleged transfers and Debtors

4

QB\24422558.2

paid Trustee $18,000.00 for the purchase of all remaining personal property. The settlement with AFlamburis will allow for a modest distribution to unsecured creditors. Indeed, the settlement funds form essentially all of the $52,660.79 in cash on hand to distribute to creditors of this estate. In connection with these matters, Q&B expended 19.5 hours for which it requests compensation of $6,881.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(5).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .7 |
| Sarah K. Baker | 18.8 |

### C. GENERAL REPRESENTATION

19. Due to the irregularities in Debtors' schedules, discussions were held with Debtors' counsel regarding Debtors' discharge. After exchanging emails and consultations with the US Trustee's office, Trustee decided not to object to Debtors' discharge. This was motivated in principal part by Debtors' total cooperation with Trustee (amended and detailed amended schedules and SOFA, as well as purchase offers for all assets) after they retained new counsel. In connection with these matters, Q&B expended .2 hours for which it requests compensation of $69.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(6).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | .2 |

### II. STATEMENT OF LEGAL SERVICES AND EXPENSES

20. Since July 23, 2013, retroactive to June 5, 2013, Q&B has devoted 28.9 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $11,077.50.

5

QB\24422558.2

21. While representing Trustee, Q&B expended $118.60 photocopying ($.10 per page) for service of the objections and for a tax lien search. Q&B respectfully requests to be compensated for this reasonable and necessary cost. Attached as **Exhibit B** is a breakdown of the cost.

22. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

23. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $11,077.50 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of $118.60 in reasonable and necessary costs incurred in the administration of this case; and

C. For such other and further relief as this Court may deem equitable and just.

                    Respectfully submitted,

                    By:   /s/Philip V. Martino
                           Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

6

**Quarles & Brady** LLP

411 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Privileged & Confidential

Invoice Number:   1905335
Invoice Date:     December 19, 2013

Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through December 19, 2013
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 152407.00003

| | |
|---|---|
| Current Fees: | $    1,295.50 |
| Current Total Due: | $    1,295.50 |
| **TOTAL AMOUNT DUE:** | **$    1,295.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Michael and Maria Flamburis  
RE: Professional Retention Chapter 7 Bankruptcy  
Q & B Matter Number: 152407.00003

December 19, 2013  
Invoice Number: 1905335  
Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 06/10/13 | Review motion to dismiss. | SBAKER | 0.80 |
| 08/05/13 | Revise time entries. | PMARTINO | 0.20 |
| 12/05/13 | Review and revise time entries. | PMARTINO | 0.30 |
| 12/17/13 | Prepare draft of final fee application for Quarles & Brady in Flamburis bankruptcy (.5). | CGREER | 0.50 |
| 12/17/13 | Review and revise first and final Q&B fee application. | PMARTINO | 1.00 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 1.50 | 621.33 | 932.00 |
| SBAKER | Sarah K. Baker | 0.80 | 345.00 | 276.00 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 2.80 | | 1,295.50 |

Total Fees: $ 1,295.50

**Quarles & Brady** LLP

411 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1905334
Invoice Date: December 19, 2013

Privileged & Confidential

Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through December 19, 2013
Re: Claims Chapter 7 Bankruptcy
Q & B Matter Number: 152407.00004

|  |  |
|---|---|
| Current Fees: | $ 2,201.50 |
| Current Total Due: | $ 2,201.50 |
| **TOTAL AMOUNT DUE:** | **$ 2,201.50** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Michael and Maria Flamburis  
RE: Claims Chapter 7 Bankruptcy  
Q & B Matter Number: 152407.00004

December 19, 2013  
Invoice Number: 1905334  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 10/17/13 | Review emails from P. Martino and C. Green regarding objecting to claims. | SBAKER | 0.20 |
| 10/18/13 | Review and revise claim objection. | SBAKER | 0.50 |
| 10/18/13 | Conference with Baker regarding form and substance of objection to tax claim. | PMARTINO | 0.30 |
| 10/21/13 | Arrange for tax lien search for Michael Flamburis. | DMILLINO | 0.10 |
| 10/22/13 | Correspond with Ms. Baker regarding tax liens search result (.2). | DMILLINO | 0.20 |
| 10/30/13 | Draft objections to claims. | SBAKER | 3.00 |
| 10/31/13 | Review lien search, POC and draft objection (.4); e-mail to Baker regarding not objecting to POC misstatements that ultimately favor estate and creditors (.2); conference with Baker regarding same and options (.1). | PMARTINO | 0.70 |
| 10/31/13 | Review e-mail from P. Martino regarding claim objections. | SBAKER | 0.10 |
| 10/31/13 | Telephone call with P. Martino regarding claims objections. | SBAKER | 0.30 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 1.00 | 630.00 | 630.00 |
| SBAKER | Sarah K. Baker | 4.10 | 365.00 | 1,496.50 |
| DMILLINO | Debra A. Millinowisch | 0.30 | 250.00 | 75.00 |
| Total | | 5.40 | | 2,201.50 |

Total Fees: $ 2,201.50

**Quarles & Brady LLP**

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:    1905333
Invoice Date:      December 19, 2013

Privileged & Confidential

Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through December 19, 2013
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 152407.00005

| | | |
|---|---|---|
| Current Fees: | $ | 6,881.50 |
| Current Total Due: | $ | 6,881.50 |
| **TOTAL AMOUNT DUE:** | **$** | **6,881.50** |

EXHIBIT A(3)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Michael and Maria Flambouris  December 19, 2013
RE: Assets Chapter 7 Bankruptcy  Invoice Number: 1905333
Q & B Matter Number: 152407.00005  Page 2

| Date | Description | Professional | Hours |
| --- | --- | --- | --- |
| 06/13/13 | Review email fro S. Jakubowski regarding inspection of house. | SBAKER | 0.10 |
| 06/13/13 | Draft email to Rivich Auction regarding inspection of house and personal property;. | SBAKER | 0.20 |
| 06/18/13 | Telephone call with Rivich Auction regarding Debtor's property. | SBAKER | 0.20 |
| 06/18/13 | Telephone call with P. Martino regarding Debtor's personal property. | SBAKER | 0.10 |
| 06/18/13 | Draft email to R. Rivich regarding Debtor's personal property. | SBAKER | 0.10 |
| 06/19/13 | Telephone calls with P. Martino regarding settlement discussions with Debtors. | SBAKER | 0.20 |
| 06/19/13 | Review settlement offer for S. Jakubowski. | SBAKER | 0.10 |
| 06/20/13 | Telephone call with Rivich Auction regarding sale of trailer. | SBAKER | 0.20 |
| 06/20/13 | Telephone call with P. Martino regarding sale of trailer. | SBAKER | 0.10 |
| 06/26/13 | Review email from C. Berard regarding inspection of house. | SBAKER | 0.10 |
| 06/26/13 | Draft email to P. Martino regarding inspection of house. | SBAKER | 0.10 |
| 06/27/13 | Draft motion to sell trailer. | SBAKER | 1.70 |
| 06/28/13 | Draft settlement motion. | SBAKER | 4.00 |
| 07/01/13 | Review and respond to email from C. Berard regarding inspection of residence. | SBAKER | 0.20 |
| 07/01/13 | Draft email to S. Jakubowski regarding inspection of residence. | SBAKER | 0.10 |
| 07/01/13 | Review and respond to email from J. Jakubowski regarding debtor's produced documents. | SBAKER | 0.20 |
| 07/01/13 | Continue draft of 9019 and 363 motion. | SBAKER | 2.50 |
| 07/02/13 | Review emails from P. Martino and S. Jakubowski regarding debtor's produced documents. | SBAKER | 0.30 |
| 07/02/13 | Finish draft of settlement and sale motion and proposed order. | SBAKER | 3.00 |
| 07/02/13 | Review and revise settlement/sale motion (.5); review and revise trailer sale motion (.2). | PMARTINO | 0.70 |
| 07/03/13 | Revise settlement and sale motion and prepare for filing. | SBAKER | 2.80 |
| 07/03/13 | Telephone call with S. Jakubowski regarding revised schedules. | SBAKER | 0.10 |

Philip V. Martino as Trustee for Michael and Maria Flamburis  December 19, 2013
RE: Assets Chapter 7 Bankruptcy  Invoice Number: 1905333
Q & B Matter Number: 152407.00005  Page 3

| Date | Description | Professional | Hours |
|---|---|---|---|
| 07/22/13 | Review and respond to e-mail from C. Berard regarding hearing on Settlement Motion. | SBAKER | 0.20 |
| 07/23/13 | Attend hearing on Motion to Settle with Debtors. | SBAKER | 1.10 |
| 07/23/13 | Prepare for Flamburis hearing on 1) Motion to Sell; 2) Motion to Retain Counsel; and 3) Motion Approve Settlement. | SBAKER | 0.50 |
| 07/23/13 | Draft e-mail to Rivich Auction regarding sale of trailer. | SBAKER | 0.10 |
| 07/23/13 | Review e-mail from C. Berard regarding hearing on Motion to Settle. | SBAKER | 0.10 |
| 07/24/13 | Review and respond to e-mail from Rivich Auction regarding purchase of trailer. | SBAKER | 0.20 |
| 07/24/13 | Draft e-mails to S. Jakubowski regarding sale of trailer. | SBAKER | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.70 | 565.00 | 395.50 |
| SBAKER | Sarah K. Baker | 18.80 | 345.00 | 6,486.00 |
| Total | | 19.50 | | 6,881.50 |

Total Fees:  $  6,881.50

# Quarles & Brady LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | |
|---|---|
| Invoice Number: | 1905332 |
| Invoice Date: | December 19, 2013 |

Privileged & Confidential

Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through December 19, 2013
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 152407.00006

| | | |
|---|---|---|
| Current Fees: | $ | 69.00 |
| Current Total Due: | $ | 69.00 |
| **TOTAL AMOUNT DUE:** | **$** | **69.00** |

EXHIBIT A(4)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Michael and Maria Flambouris  
RE: General/Costs Chapter 7 Bankruptcy  
Q & B Matter Number: 152407.00006

December 19, 2013  
Invoice Number: 1905332  
Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 07/22/13 | Review e-mails from S. Jakubowski and P. Martino regarding Debtors' discharge. | SBAKER | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 0.20 | 345.00 | 69.00 |
| Total | | 0.20 | | 69.00 |

Total Fees:  $  69.00

Case 13-01237   Doc 95   Filed 01/23/14   Entered 01/23/14 13:14:17   Desc Main
Document      Page 15 of 20

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   1905337
Invoice Date:     December 19, 2013

Privileged & Confidential

Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through January 01, 2000
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 152407.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 118.60 |
| Current Total Due: | $ | 118.60 |
| **TOTAL AMOUNT DUE:** | **$** | **118.60** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Michael and Maria Flamburis  December 19, 2013
RE: General/Costs Chapter 7 Bankruptcy  Invoice Number: 1905337
Q & B Matter Number: 152407.00006  Page 2

**DISBURSEMENTS:**

| Date | Description | | Amount |
|---|---|---|---|
| 10/31/13 | Infinity Professional Services Group, Inc. Tax Lien Search - M. Flamburis | $ | 51.00 |
| | Copy charges | | 67.60 |
| | Total Disbursements: | $ | 118.60 |
| | Total Fees and Disbursements: | $ | 118.60 |

## **BIOGRAPHICAL INFORMATION**

**Philip V. Martino** is a partner at Quarles & Brady.  He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982).  Mr. Martino's hourly billing rate through 2011 was $525.00; his hourly billing rate for fiscal year 2012 was $550.00; his fiscal year 2013 billing rate was $565; and his current hourly billing rate is $630.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago.  She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006.  Ms. Baker is a member of the Pennsylvania and Illinois bars.  Her fiscal year 2012 hourly billing rate was $325.00; her 2013 hourly billing rate was $345.00, and her current billing rate is $365.00.

**Debra Millinowisch** is a paralegal in the Q&B Corporate Services Group.  She graduated from University of Illinois (B.S., 1985) and received her Lawyers Assistant Certificate from Roosevelt University (*with honors*, 1986).  Ms. Millinowisch's hourly billing rate is $250.00.

**Colleen A. Greer** is a legal project assistant.  Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 23 years.  Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS** )
) SS
**COUNTY OF COOK** )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtors.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

EXHIBIT D

QB\24422558.2

10.   I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11.   To the best of my knowledge, the information set forth on Exhibits A, B.'E''cpf''F and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2