PAMELA S. HOLLIS
# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FLAMBURIS, MICHAEL | § | Case No. 13-01237 |
| FLAMBURIS, MARIA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/27/2014 in Courtroom 644,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/23/2014                          By: Clerk of the Bankruptcy Court _____
                                                                    Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FLAMBURIS, MICHAEL | § | Case No. 13-01237 |
| FLAMBURIS, MARIA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 52,900.00 |
| and approved disbursements of | $ | 239.21 |
| leaving a balance on hand of[1] | $ | 52,660.79 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 5,895.00 | $ 0.00 | $ 5,895.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 11,077.50 | $ 0.00 | $ 11,077.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 118.60 | $ 0.00 | $ 118.60 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 17,091.10 |
| Remaining Balance | $ | 35,569.69 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 51,389.70  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Illinois Department of Employment Security | $          2,373.19 | $          0.00 | $          1,642.62 |
| 000005B | Illinois Department of Employment Security | $         13,487.91 | $          0.00 | $          9,335.74 |
| 000006 | Illinois Department of Employment Security | $            459.48 | $          0.00 | $            318.03 |
| 000008A | Illinois Department of Revenue | $         32,329.93 | $          0.00 | $         22,377.36 |
| 000009A | Illinois Department of Revenue | $          2,739.19 | $          0.00 | $          1,895.94 |

Total to be paid to priority creditors                          $          35,569.69

Remaining Balance                                                $                 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,417,826.55  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC | $ 34,733.74 | $ 0.00 | $ 0.00 |
| 000002 | Asset Acceptance LLC | $ 8,140.48 | $ 0.00 | $ 0.00 |
| 000003 | American Import Tiles | $ 2,288.45 | $ 0.00 | $ 0.00 |
| 000004 | Quantum3 Group LLC as agent for | $ 1,115.41 | $ 0.00 | $ 0.00 |
| 000007 | Shadow Ridge Homeowners Association | $ 16,687.31 | $ 0.00 | $ 0.00 |
| 000011 | Asset Acceptance LLC assignee GEMB/HOME DESIGN | $ 3,795.41 | $ 0.00 | $ 0.00 |
| 000012 | First Merit Bank | $ 1,351,065.75 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____ 0.00

Remaining Balance        $_____ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE

Prepared By: /s/Philip V. Martino

Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-01237-PSH
Michael Flamburis                                                         Chapter 7
Maria Flamburis
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps           Page 1 of 2          Date Rcvd: Jan 24, 2014
                             Form ID: pdf006        Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2014.
```
db/jdb     #+Michael Flamburis,   Maria Flamburis,   112 Forest Edge Drive,   Palos Park, IL 60464-1948
19911244    +Alexandra Flamburis,   8323 Bob O Link,   Orland Park, IL 60462-4123
19911245    +American Import Tiles,   7000 Wheeler Dr.,   Orland Park, IL 60462-5163
20643429    +Asset Acceptance LLC assignee GEMB/HOME DESIGN,   PO Box 2036,   Warren, MI 48090-2036
19911246    +Asset Acceptance, LLC,   % Freedman, Anselmo, Lindberg Attys,   1807 W. Diehl Rd., P.O. Box 3107,
              Naperville, IL 60566-7107
19911247    +Asset Acceptance, LLC,   %Freedman, Anselmo, Lindberg, Attys,   1807 W. Diehl Rd. , P.O.Box 3107,
              Naperville, IL 60566-7107
19911249   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   4161 Piedmont PKWY,   Greensboro, NC  27410)
19911248    +Bank Of America,   % Markoff, Krasny, Attorneys At Law,   29 N. Wacker Dr., Suite 550,
              Chicago, IL 60606-2851
19911251    +CHASE,   PO Box 15145,   Wilmington, DE 19850-5145
19911250    +Carsons Pirie Scott/HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
19911253    +Chase Bank,   % Freedman, Anselmo, Lindberg Attys,   P.O. Box 3107,   Naperville, IL 60566-7107
20484220    +David Kobza,   9501 W 144th Place,   Orland Park, IL 60462-2561
20640921    +Dr Thomas C Sonneveld, DDS, MS,   9641 W 153rd Street,   Ste 50,   Orland Park, IL 60462-3777
19911258    +First Merit Bank,   4455 Hills And Dales Rd, NW,   Canton, OH 44708-1505
19911257    +First Merit Bank,   sucr to George Washington Savings Bk,   % Rock, Fusco, & Connelly Attys,
              321 N. Clark St, Suite 2200,   Chicago, IL 60654-4614
19911255     First Merit Bank,   3 Cascade Plaza,   Akron, OH  44308-1103
19911256    +First Merit Bank,   % Rock, Fusco, & Connelly, Attys,   321 N. Clark St., Suite 2200,
              Chicago, IL 60654-4614
20702512    +First Merit Bank NA,   501 W North Avenue,   CHI 943,   Melrose Park, IL 60160-1603
19911242    +Flamburis Maria,   112 Forest Edge  Drive,   Palos Park, IL 60464-1948
19911241    +Flamburis Michael,   112 Forest Edge Dr,   Palos Park, IL 60464-1948
19911260    +Gx Orland Park 3, LLC,   38 W 435 Cloverfield Rd.,   St. Charles, IL 60175-6627
20702515     HSBC,   POB 5244,   Carol Stream, IL 60197-5244
19911261    +HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
19911262    +HSBC,   % Blatt , Hasenmiller Attorneys,   125 S. Wacker Dr #400,   Chicago, IL 60606-4440
20085702    +Illinois Department of Employment Security,   33 South State Street,
              Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
19911263     Illinois Department of Illinois,   P.O. Box 19035,   Springfield, IL  62794-9035
20597389     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
19911264    +Illinois Dept Of Unemployment Security,   Chicago Region,   33 S. State -10th Floor,
              Chicago, IL 60603-2808
20702514     Internal Revenue Service,   14479 John Humphrey Drive,   Palos Park,   Palos Park, IL 60464
19911265    +JP Morgan Chase, B.A.,   % Freedman, Anselmo, Lindberg, LLC,   1807 W. Diehl Rd. , Suite 333,
              Naperville, IL 60563-1890
19911243    +Jonas Price LLC,   1655 S Blue Island -Suite 3000,   Chicago, IL 60608-2133
19911266    +Macy's,   P,O. Box 8218,   Mason, OH 45040-8218
19911268    +Robbins , Salomon & Platt Attys At Law,   25 E. Washington Blvd,   Chicago, IL 60602-1708
20702513    +Shadow Ridge Estate Homeowners Assn,   c/o Daniel J Nickel & Associates,
              1 N LaSalle St, Ste 4400,   Chicago, IL 60602-4010
20169476    +Shadow Ridge Homeowners Association,   c/o Schrank & Associates,   PO Box 186,
              Orland Park, IL 60462-0186
20702516    +Standard Bank,   7800 W 95th Street,   Hickory Hills, IL 60457-2298
20702517    +T-Mobile,   8875 Aero Dr,   Ste 200,   San Diego, Ca 92123-2255
20484221    +Thomas Sonneveld DDS,   9641 W 153rd St,   Ste 50,   Orland Park, IL 60462-3777
19911269    +WFNNB/The Buckle,   P.O. Box 182789,   Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19930455    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 25 2014 01:29:18     Asset Acceptance LLC,
              assignee CITIBANK WORLD MASTERCARD,   PO Box 2036,   Warren, MI 48090-2036
19971924    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 25 2014 01:29:18     Asset Acceptance LLC,
              assignee  CHASE BANK USA NA,   HERITAGE FIRST USA,   PO Box 2036,   Warren, MI 48090-2036
19911252    +E-mail/Text: bk.notifications@jpmchase.com Jan 25 2014 01:29:06     CHASE,   PO Box 901076,
              Ft. Worth, TX 76101-2076
19911259    +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2014 01:42:11     Gecrb/La-Z-Boy,   P.O. Box 965036,
              Orlando, FL 32896-5036
19911254     E-mail/Text: cio.bncmail@irs.gov Jan 25 2014 01:28:53     Dept Of Treasury/Internal Revenue Svc,,
              ACS Support -Stop 813 G,   P.O. Box 145566,   Cincinnati, OH  45250-5566
19911267    +E-mail/Text: bankruptcydpt@mcmcg.com Jan 25 2014 01:29:22     Midland Funding,
              8875 Aero Dr , Suite 200,   San Diego, CA 92123-2255
20004904     E-mail/Text: bnc-quantum@quantum3group.com Jan 25 2014 01:29:14
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                            TOTAL: 7
```

```
District/off: 0752-1          User: wepps          Page 2 of 2          Date Rcvd: Jan 24, 2014
                              Form ID: pdf006      Total Noticed: 46


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21202834*    +Dr Thomas C Sonneveld DDS MS,   9641 W 153rd Street, Ste 50,   Orland Park, IL 60462-3777
20085710*    +Illinois Department of Employment Security,   33 South State Street,
              Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2014 at the address(es) listed below:
          Carly Berard   on behalf of Creditor   FirstMerit Bank, N.A. cberard@rockfuscollc.com
          Kimberly Bacher   on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino, ESQ   philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Sarah Baker   on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
           stella.love@quarles.com
          Steve Jakubowski   on behalf of Debtor Michael  Flamburis sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Steve Jakubowski   on behalf of Joint Debtor Maria  Flamburis sjakubowski@rsplaw.com,
           docketing@rsplaw.com
                                                                       TOTAL: 7
```