PAMELA S. HOLLIS

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FLAMBURIS, MICHAEL | § | Case No. 13-01237 |
| FLAMBURIS, MARIA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on          , and it was converted to chapter 7 on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/PHILIP V. MARTINO _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Merit Bank 3 Cascade Plaza Akron, OH  44308-1103 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept Of Treasury/Internal Revenue Svc, ACS Support - Stop 813 G P.O. Box 145566 Cincinnati, OH  45250-5566 | | | | | |
| | Illinois Department of Illinois P.O. Box 19035 Springfield, IL  62794-9035 | | | | | |
| | Illinois Dept Of Unemployment Security Chicago Region 33 S. State - 10th Floor Chicago, IL 60603-2802 | | | | | |
| 000005A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000005B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000006 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000008A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000009A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexandra Flamburis 8323 Bob O Link Orland Park, IL 60462 | | | | | |
| | American Import Tiles 7000 Wheeler Dr. Orland Park, IL 60462 | | | | | |
| | Asset Acceptance, LLC % Freedman, Anselmo, Lindberg Attys 1807 W. Diehl Rd., P.O. Box 3107 Naperville, IL 60566 | | | | | |
| | Asset Acceptance, LLC %Freedman, Anselmo, Lindberg, Attys 1807 W. Diehl Rd. , P.O.Box 3107 Naperville, IL 60566 | | | | | |
| | Bank Of America % Markoff, Krasny, Attorneys At Law 29 N. Wacker Dr., Suite 550 Chicago, IL 60606 | | | | | |
| | CHASE PO Box 15145 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carsons Pirie Scott/HSBC P.O. Box 5253 Carol Stream, IL  60197 | | | | | |
| | First Merit Bank % Rock, Fusco, & Connelly Attorneys 321 N. Clark St, Suite 2200 Chicago, IL  60654 | | | | | |
| | Gecrb/La-Z-Boy P.O. Box 965036 Orlando, FL  32896 | | | | | |
| | Gx Orland Park 3, LLC 38 W 435 Cloverfield Rd. St. Charles, IL  60175 | | | | | |
| | HSBC P.O. Box 5253 Carol Stream, IL  60197 | | | | | |
| | JP Morgan Chase, B.A. % Freedman, Anselmo, Lindberg, LLC 1807 W. Diehl Rd. , Suite 333 Naperville, IL 60563 | | | | | |
| | Macy's P,O. Box 8218 Mason, OH  45040 | | | | | |
| | Midland Funding 8875 Aero Dr , Suite 200 San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robbins , Salomon & Platt Attys At Law 25 E. Washington Blvd Chicago, IL 60602 | | | | | |
| | WFNNB/The Buckle P.O. Box 182789 Columbus, OH 43218 | | | | | |
| 000003 | AMERICAN IMPORT TILES | | | | | |
| 000001 | ASSET ACCEPTANCE LLC | | | | | |
| 000002 | ASSET ACCEPTANCE LLC | | | | | |
| 000011 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB/ | | | | | |
| 000010 | DR THOMAS C SONNEVELD, DDS, MS | | | | | |
| 000012 | FIRST MERIT BANK | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000007 | SHADOW RIDGE HOMEOWNERS ASSOCIATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:     1

Case No:     13-01237     PSH   Judge: PAMELA S. HOLLIS

Case Name:   FLAMBURIS, MICHAEL
             FLAMBURIS, MARIA

For Period Ending: 04/08/14

Trustee Name:                    PHILIP V. MARTINO

Date Filed (f) or Converted (c):   02/08/13 (c)

341(a) Meeting Date:              03/06/13

Claims Bar Date:                 09/12/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOUSE @ 112 FOREST EDGE DR., PALOS P | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCT. 461054007 @ STANDARD BANK & TRUST | 60.00 | 0.00 | | 0.00 | FA |
| 3. GENERAL HOUSEHOLD GOODS, PERSONAL RESIDENCE FURNIT | 2,000.00 | 18,000.00 | | 18,000.00 | FA |
| 4. GENERAL CLOTHING, AND WEARING APPAREL OF THE HUSBA | 500.00 | 0.00 | | 0.00 | FA |
| 5. VILLAGE OF ORLAND PARK POLICEMAN'S PENSION | 100,000.00 | 0.00 | | 0.00 | FA |
| 6. 2012 U.S FEDERAL AND STATE TAX REFUND | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. 2006 LAND ROVER | 2,400.00 | 0.00 | | 0.00 | FA |
| 8. FAMILY DOG | 50.00 | 0.00 | | 0.00 | FA |
| 9. BANK ACCOUNTS (u) | 0.00 | 0.00 | | 0.00 | FA |
| Debtor claimed account was mother's; his name is on account. | | | | | |
| 10. TRAILER (u) | 0.00 | 2,900.00 | | 2,900.00 | FA |
| 11. Transfers and Undisclosed Assets - Settlement (u) | 0.00 | 32,000.00 | | 32,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,307,010.00          $52,900.00          $52,900.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/14     Current Projected Date of Final Report (TFR): 06/01/14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-01237   PSH |
|---|---|
| Case Name: | FLAMBURIS, MICHAEL |
| | FLAMBURIS, MARIA |
| Taxpayer ID No: | *******8916 |
| For Period Ending: | 04/08/14 |

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******9853  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 52,660.79 | | 52,660.79 |
| 03/04/14 | 005001 | PHILIP V. MARTINO QUARLES & BRADY LLP SUITE 4000 300 NORTH LASALLE STREET CHICAGO, IL  60654 | Chapter 7 Compensation/Expense | | 5,895.00 | 46,765.79 |
| 03/04/14 | 005002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 11,196.10 | 35,569.69 |
| 03/04/14 | 005003 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Claim 000005A, Payment 69.21570% (5-1) Unemployment tax | | 1,642.62 | 33,927.07 |
| 03/04/14 | 005004 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Claim 000005B, Payment 69.21562% (5-1) Unemployment tax | | 9,335.74 | 24,591.33 |
| 03/04/14 | 005005 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Claim 000006, Payment 69.21520% (6-1) Administrative POC for unemployment tax. | | 318.03 | 24,273.30 |
| 03/04/14 | 005006 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000008A, Payment 69.21562% (8-1) Illinois Sales Tax as Responsible Officer for ITS GREEK TO ME OF ORLAND PARK LLC | | 22,377.36 | 1,895.94 |
| 03/04/14 | 005007 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000009A, Payment 69.21535% (9-1) Illinois Withholding Tax as Responsible Officer for ITS GREEK TO ME OF ORLAND PARK LLC | | 1,895.94 | 0.00 |

Page Subtotals   52,660.79   52,660.79

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.05c

FORM 2                                                                                              Page:   2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                     Exhibit 9

Case No:          13-01237    PSH                  Trustee Name:        PHILIP V. MARTINO
Case Name:        FLAMBURIS, MICHAEL              Bank Name:           Associated Bank
                  FLAMBURIS, MARIA                Account Number / CD #:   *******9853  Checking Account
Taxpayer ID No:   *******8916
For Period Ending: 04/08/14                        Blanket Bond (per case limit): $ 5,000,000.00
                                                   Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 52,660.79 | 52,660.79 | 0.00 |
|  |  | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 52,660.79 | 0.00 | |
|  |  |  |  | Subtotal | 0.00 | 52,660.79 | |
|  |  | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
|  |  |  |  | Net | 0.00 | 52,660.79 | |

Page Subtotals          0.00          0.00

LFORM2                                                                                    Ver: 17.05c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Page:   3

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No:   13-01237   PSH | Trustee Name:   PHILIP V. MARTINO |
| Case Name:   FLAMBURIS, MICHAEL | Bank Name:   Congressional Bank |
| FLAMBURIS, MARIA | Account Number / CD #:   *******1278  Congressional Checking Account |
| Taxpayer ID No:   *******8916 | |
| For Period Ending:   04/08/14 | Blanket Bond (per case limit):   $  5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 07/17/13 | 11 | Frances Tsamis | 1/2 Settlement with Debtor | 25,000.00 | | 25,000.00 |
| 07/24/13 | 3, 11 | Vicky Barnes | | 25,000.00 | | 50,000.00 |
| | 9 | VICKY BARNES | Memo Amount:        20,000.00 | | | |
| | | | Chase Cashier's Check | | | |
| | 9 | VICKY BARNES | Memo Amount:         5,000.00 | | | |
| | | | Fifth Third Cashier's Check | | | |
| 07/25/13 | 10 | Rebecca and Michael Rivich | | 2,900.00 | | 52,900.00 |
| 08/05/13 | | Congressional Bank | Bank Charges | | 18.58 | 52,881.42 |
| 09/11/13 | | Congressional Bank | Bank Charges | | 56.14 | 52,825.28 |
| 10/03/13 | | Congressional Bank | Bank Charges | | 54.29 | 52,770.99 |
| 11/05/13 | | Congressional Bank | Bank Charges | | 56.03 | 52,714.96 |
| 12/05/13 | | Congressional Bank | Bank Charges | | 54.17 | 52,660.79 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | | 52,660.79 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 25,000.00 | COLUMN TOTALS | 52,900.00 | 52,900.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 52,660.79 | |
| | | Subtotal | 52,900.00 | 239.21 | |
| Memo Allocation Net: | 25,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 52,900.00 | 239.21 | |
| | | | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 25,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******9853 | 0.00 | 52,660.79 | 0.00 |
| | | Congressional Checking Account - *******1278 | 52,900.00 | 239.21 | 0.00 |
| Total Memo Allocation Net: | 25,000.00 | | ------------------------- | ------------------------- | ------------------------- |
| | | | 52,900.00 | 52,900.00 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Page Subtotals | 52,900.00 | 52,900.00 | |

Ver: 17.05c

LFORM2

FORM 2                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| Case No: | 13-01237   PSH | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | FLAMBURIS, MICHAEL | | Bank Name: | Congressional Bank |
| | FLAMBURIS, MARIA | | Account Number / CD #: | *******1278  Congressional Checking Account |
| Taxpayer ID No: | *******8916 | | | |
| For Period Ending: | 04/08/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********9853
Congressional Checking Account - ********1278

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | | Page Subtotals | | 0.00 | 0.00 |